<table>
<tr><td colspan="3" align="center">Estado Libre Asociado de Puerto Rico<br>TRIBUNAL DE APELACIONES<br>PANEL V</td></tr>
<tr>
<td>REVERSE MORTGAGE FUNDING LLC<br>Demandante-Recurrido<br><br>Vs.<br><br>FRANCISCA SÁNCHEZ PÉREZ T/C/C FRANCISCA SÁNCHEZ Y OTROS<br>Demandada<br><br><br>KENNEDY ORTIZ SÁNCHEZ<br>Co-Demandado-Peticionario</td>
<td>KLCE202300609</td>
<td>*CERTIORARI*<br>procedente del Tribunal de Primera Instancia, Sala Superior de Bayamón<br><br>Caso Núm. BY2019CV00931<br><br>Sala: 701<br><br>SOBRE:<br>EJECUCIÓN DE HIPOTECA</td>
</tr>
</table>

Panel integrado por su presidente, el Juez Hernández Sánchez, la Jueza Santiago Calderón y la Jueza Álvarez Esnard.

Hernández Sánchez, Juez Ponente

## SENTENCIA

En San Juan, Puerto Rico, a 30 de junio de 2023.

El 30 de mayo de 2023, el Sr. Kennedy Ortiz Sánchez (señor Ortiz o peticionario) presentó un recurso de *certiorari* ante nos y nos solicitó la revisión de una *Resolución* que se emitió y notificó el 12 de abril de 2023 por el Tribunal de Primera Instancia, Sala Superior de Bayamón (TPI). Mediante el aludido dictamen, el TPI declaró No Ha Lugar a la solicitud de relevo de sentencia que presentó el peticionario. Atendido el recurso, el 8 de junio de 2023, emitimos una *Resolución* concediéndole a Reverse Mortgage Funding LLC. (RMF o recurrida) hasta el 20 de junio de 2023 para que presentara su oposición al recurso. Así pues, el 20 de junio de 2023, la parte recurrida presentó una *Moción Informativa* ante nos mediante la cual indicó lo siguiente:

1. La parte recurrida respetuosamente informa que las partes han estado dialogando y han alcanzado un acuerdo extrajudicial que pone fin a la controversia del caos de epígrafe.

2. Parte de dicho acuerdo consiste en que ambas partes desistirán de los procesos, tanto en el Tribunal de Primera Instancia como en el Tribunal de Apelaciones.

3. En el día de hoy hemos recibido confirmación del envío del monto acordado, no obstante, nos encontramos en espera de que nuestro cliente confirme el recibo de los fondos.

4. Respetuosamente solicitamos se nos conceda un término de 5 días para desistir formalmente del presente litigio o informar al Tribunal.

En respuesta, el 22 de junio de 2023, emitimos una *Resolución* concediéndole hasta el 27 de junio de 2023 a la parte recurrida para presentar una moción desistiendo formalmente del pleito. **Advertimos que, si transcurría el término concedido sin que la parte recurrida presentara dicho escrito de desistimiento, acogeríamos la *Moción Informativa* que se presentó el 20 de junio de 2023 como una de desistimiento.** Vencido el término para ello, la parte recurrida no presentó una moción desistiendo formalmente del pleito y, por ende, acogemos la *Moción Informativa* antes mencionada como una de desistimiento. **A tales efectos, se dicta sentencia por desistimiento de conformidad con lo dispuesto en la Regla 83 del Reglamento del Tribunal de Apelaciones.**

Lo acordó y manda el Tribunal y lo certifica la Secretaria del Tribunal de Apelaciones.

Lcda.  Lilia M. Oquendo Solís
Secretaria del Tribunal de Apelaciones